# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCCONNELL,<br><br>                     Plaintiff,<br><br>v.<br><br>MAURO, et al.,<br><br>                     Defendants. | 3:22-cv-00224-ART-CSD<br><br>**ORDER** |

On February 14, 2023, an Early Mediation Conference was conducted in this matter (ECF No. 13). The parties reported they reached settlement, and the terms of the settlement were placed on the record. The stipulation for dismissal was to be submitted no later than March 16, 2023. No dismissal has been filed with the court.

**IT IS HEREBY ORDERED** that the parties shall submit their Stipulation and Order for Dismissal on or before **Wednesday, April 12, 2023**.

DATED: March 29, 2023.

_____
UNITED STATES MAGISTRATE JUDGE