UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCCONNELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAURO, et al,<br><br>　　　　　　Defendant. | Case No. 3:22-cv-00224-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Defendant, Interested Party, the Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrew C. Nelson, Deputy Attorney General, and Plaintiff, Robert McConnell, *pro se*, hereby, stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned matter should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation and Order for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the Parties' Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED: 2/14/23                        ***DATED: March 31, 2023

                                      AARON D. FORD
                                      Attorney General

By: /Robert Lee McConnell/            By: /s/Andrew C. Nelson
ROBERT MCCONNELL                      ANDREW C. NELSON, Bar No. 15971
*Plaintiff in pro se*                 Deputy Attorney General
                                      *Attorneys for Interested Party*
                                      *Nevada Department of Corrections*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED:   April 3, 2023